FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA13-0031 |
| Plaintiff, | ORDER OF DETENTION |
| vs. | |
| BRETT STEVEN HAAGSMA, Defendant. | |

## I.

A.  ( )   On motion of the Government in a case allegedly involving:

1.   ( )   a crime of violence.

2.   ( )   an offense with maximum sentence of life imprisonment or death.

3.   ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.

5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1  B.    ( )    On motion by the Government/(X) on Court's own motion, in a case

2                   allegedly involving:

3          ( )    On the further allegation by the Government of:

4                 1.    (X)    a serious risk that the defendant will flee.

5                 2.    ( )    a serious risk that the defendant will:

6                        a.    ( )    obstruct or attempt to obstruct justice.

7                        b.    ( )    threaten, injure or intimidate a prospective witness or

8                   juror, or attempt to do so.

9  C.    The Government ( ) is/(X) is not entitled to a rebuttable presumption that no

10  condition or combination of conditions will reasonably assure the defendant's

11  appearance as required and the safety or any person or the community.

12

13                                    **II.**

14  A.    (X)    The Court finds that no condition or combination of conditions will

15                   reasonably assure:

16          1.    (X)    the appearance of the defendant as required.

17                        (X)    and/or

18          2.    (X)    the safety of any person or the community.

19  B.    ( )    The Court finds that the defendant has not rebutted by sufficient evidence

20                   to the contrary the presumption provided by statute.

21

22                                    **III.**

23      The Court has considered:

24  A.    (X)    the nature and circumstances of the offense(s) charged, including whether

25                   the offense is a crime of violence, a Federal crime of terrorism, or involves

26                   a minor victim or a controlled substance, firearm, explosive, or destructive

27                   device;

28  ///

1  B.   (X)   the weight of evidence against the defendant;

2  C.   (X)   the history and characteristics of the defendant; and

3  D.   (X)   the nature and seriousness of the danger to any person or the community.

4

5                                    **IV.**

6       The Court also has considered all the evidence adduced at the hearing and the

7  arguments and/or statements of counsel, and the Pretrial Services

8  Report/recommendation.

9

10                                   **V.**

11      The Court bases the foregoing finding(s) on the following:

12  A.   (X)   As to flight risk: Defendant's lack of sufficient bail resources and the fact

13              that he was already on probation when he committed the charged offense.

14  B.   (X)   As to danger: The nature of the charged offense and Defendant's extensive

15              criminal history involving similar offenses.

16

17                                   **VI.**

18  A.   ( )   The Court finds that a serious risk exists the defendant will:

19              1.   ( )   obstruct or attempt to obstruct justice.

20              2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

21  B.   The Court bases the foregoing finding(s) on the following:

22  _____

23  _____

24  _____

25

26                                   **VI.**

27  A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

28  B.   IT IS FURTHER ORDERED that the defendant be committed to the custody of

1    the Attorney General for confinement in a corrections facility separate, to the

2    extent practicable, from persons awaiting or serving sentences or being held in

3    custody pending appeal.

4   C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable

5    opportunity for private consultation with counsel.

6   D.    IT IS FURTHER ORDERED that, on order of a Court of the United States or on

7    request of any attorney for the Government, the person in charge of the

8    corrections facility in which defendant is confined deliver the defendant to a

9    United States marshal for the purpose of an appearance in connection with a

10    court proceeding.

11

12   Dated: June 6, 2013

13                                    /s/   Arthur Nakazato
                                      ARTHUR NAKAZATO
                                      UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28